**1451 PEARSALL vs. TREASURER, CLERK AND COMMON COUNCIL OF THE VILLAGE OF EAST JORDON,** No. 11725.

To compel payment of a warrant drawn December 10, 1888, and negotiated by order of the village council, to pay for fire apparatus furnished to the village, the defense being that there was no authority to draw the warrant when drawn, as there was

no money then in the treasury, and there was no authority to make it payable with interest at ten per cent.

Granted February 5, 1891, without costs, with interest payable at six per cent.